IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00197-PSF-CBS

FREIDA LYNN MITCHELL,

    Plaintiff,

v.

THE GEO GROUP, INC.,

    Defendant.

## ORDER DISCHARGING THE ORDER TO SHOW CAUSE

THIS MATTER is before the Court on defendant's response (Dkt. # 32) to the Court's June 23, 2005 Order to Show Cause. Defendant's counsel has filed a timely response to the Order explaining generally the basis for the arguments made by counsel in the briefs in support of defendant's motion to dismiss regarding the asserted lack of temporal connection between plaintiff's EEOC charge and the alleged retaliatory conduct, and explaining somewhat why the defendant's briefs did not specifically reference the date of filing of plaintiff's first EEOC charge.

Defendant's response persists in suggesting that it is unclear whether plaintiff's complaint alleges a claim for retaliation. The Court finds this suggestion troubling. As the Court explained in its Order on defendant's Motion to Dismiss, the First Claim for Relief in plaintiff's *pro se*, form complaint states "See Attachment." The attachment is a copy of the EEOC charge filed by plaintiff on November 19, 2003. The charge states "I believe I have been discriminated . . . in retaliation for having objected to

discriminatory practices, in that: . . . b. The company was aware I had filed a previous EEOC C #320A300693." It appears obvious to the Court that plaintiff is alleging, among other things, retaliation by the employer against her for her having filed the previous EEOC charge referenced in the November charge. Thus, the date and content of the previous EEOC charge was ostensibly relevant to the issues in this case.

Nonetheless, the Court accepts counsel's representations that they did not intentionally seek to mislead the Court about the date or contents of the previous EEOC charge, although the effect of defendant's motion at 9 and reply at 11-12 appears to have been to mislead the Magistrate Judge. Accordingly, the Court will not impose sanctions or discipline on the basis of these events.

DATED:   July 7, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge