IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00197-PSF-CBS

FREIDA LYNN MITCHELL,

    Plaintiff,

v.

THE GEO GROUP, INC.,

    Defendant.

---

**ORDER**

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mitchell's oral request for appointment of *pro bono* counsel, made in open court during the Scheduling Conference held on August 23, 2005. Pursuant to the Order of Reference [#9] dated February 11, 2005, this civil action was referred to the Magistrate Judge to, *inter alia,* "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . ." The court has considered Mitchell's request, the entire case file, and the applicable law and is sufficiently advised in the premises.

    While indigent civil litigants have no constitutional or statutory right to be represented by a lawyer, **Merritt v. Faulkner,** 697 F.2d 761, 763 (7th Cir. 1983), in its discretion, the court "may request an attorney to represent any person unable to afford counsel." **28 U.S.C. § 1915(e)(1).** The court may request legal counsel for Mitchell by

placing this case on the list of cases for which counsel may choose to volunteer.[1]

Accordingly, **IT IS ORDERED:**

1. That Mitchell's oral request made on August 23, 2005, for appointment of *pro bono* counsel **IS GRANTED**;

2. **That the court requests that the Clerk of Court place this case on the list of case for which counsel may choose to volunteer; and**

3. That Mitchell is reminded that this Order does not guarantee that a lawyer will volunteer to represent her.  Mitchell must be prepared to proceed *pro se* as necessary.

DATED at Denver, Colorado, this 23rd day of August, 2005.

BY THE COURT:


s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge

---

[1] Plaintiff has indicated that she has contacted student volunteers at the University of Denver College of Law, and that she wishes to be assigned a student-attorney from that organization.