IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00197-PSF-CBS

FREIDA LYNN MITCHELL,

    Plaintiff,

v.

THE GEO GROUP, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Joint Motion to Reschedule the Final Pretrial Conference (*doc. no. 89*) is **GRANTED**.  The final pretrial conference set for June 6, 2006, is **VACATED** and **RESET** to **July 27, 2006, at 8:30 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    Parties are directed to submit a proposed final pretrial order no later than **July 20, 2006**.

    Pursuant to FED.R.CIV.P. 16(d) trial counsel MUST be physically present for the pretrial conference.  *No telephonic appearances will be permitted.*

**DATED:**    May 22, 2006